USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN DAVIS,

                Plaintiff,

     -against-

WILDE BRANDS INC.,

                Defendant.
------------------------------------------------------------X

21-CV-5250 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

     Plaintiff filed this action on June 14, 2021, (Doc. 1), and filed an affidavit of service on June 28, 2021, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was July 12, 2021. (*See* Doc. 5.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 21, 2021. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    July 14, 2021
             New York, New York

                                            _____
                                            VERNON S. BRODERICK
                                            United States District Judge